# United States Court of Appeals for the Federal Circuit

---

April 16, 2014

**ERRATA**

---

Appeal Nos. 2013-1160, -1175, -1179

**NOVARTIS AG** AND
**NOVARTIS VACCINES AND DIAGNOSTICS, INC.,**

AND

**DANA-FARBER CANCER INSTITUTE,**

v.

**MICHELLE K. LEE, Deputy Director,**
**United States Patent and Trademark Office,**

Decided:  January 15, 2014
Precedential Opinion

---

Please make the following changes:

Page 2, line 24, change "otherwise-applicable term" to --otherwise-applicable terms--.

Page 12, line 21, change "his own neglect" to --[its] own neglect--.

Page 14, line 26, change "resulting extensions" to --resulting extension--.